Estep, Appellant, *v.* Webster Coal and Coke Company (No. 2).

Argued Oct. 30, 1905. Appeal, No. 133, Oct. T., 1905, by H. C. Estep, in his own right, from order of C. P. Cambria Co., June T., 1904, No. 480, refusing to take off nonsuit in case of Burdine Estep by his father and next friend, H. C. Estep, and H. C. Estep in his own right v. Webster Coal and Coke Company. Before MITCHELL, C. J., FELL, BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ. Affirmed.

OPINION BY MR. JUSTICE STEWART, January 2, 1906:

This case but repeats the facts appearing in ante, p. 471, just decided. The action is brought by the father of the injured child in his own right. As there could be no recovery in that, for like reasons there could be none in this.